1  DANIEL G. BOGDEN
   United States Attorney for the
2  District of Nevada
   ROGER W. WENTHE
3  Nevada Bar No. 8920
   Assistant United States Attorney
4  333 Las Vegas Blvd. South, Rm. 5000
   Las Vegas, Nevada 89101
5  Tele: (702) 388-6336
   Fax: (702) 388-6787
6  Email: *patrick.rose@usdoj.gov*

7  Attorneys for the United States

8                    **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,              )
                                            )       2:11-CV-616 PMP-PAL
            Plaintiff,                      )   Case No. _____
12                                          )
        v.                                  )
13                                          )
    ARAN TOLLIVER and MARQUITA              )
14  TOLLIVER, a/k/a MARQUITA CURETON,       )
    individually and as husband and wife,   )
15                                          )
            Defendants.                     )       **CONSENT JUDGMENT**
16  _____  )

17         WHEREAS, Plaintiff United States of America, on behalf of the Department of

18  Housing and Urban Development ("HUD") filed a complaint initiating this action against

19  Defendants, Aran Tolliver and Marquita Tolliver, jointly and severally;

20         WHEREAS, the United States alleges that: Defendants, jointly and severally,

21  unlawfully obtained and used housing assistance benefits from the Las Vegas Housing

22  Authority and HUD by making false statements and submitting fraudulent claims for payment

23  pertaining to household income.

24         WHEREAS, Defendant Marquita Tolliver does not contest the accuracy of these

25  allegations;

26  . . .

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. This court has jurisdiction over this matter under 31 U.S.C. § 3732 and 28 U.S.C. § 1331,1345 and 1355 and the Defendant Marquita Tolliver acknowledges receipt of a copy of the Complaint in this action.

2. This Consent Judgment shall apply to and be binding upon Defendant Marquita Tolliver, and her successors and assigns, and on the United States on behalf of HUD.

3. Defendant Marquita Tolliver is indebted to the United States in the principal amount of $47,296.50 by reason of violation of the False Claims Act.

4. Defendant Marquita Tolliver acknowledges her liability to the United States in the amount of $69,593.00 which is the government's sinle damages plus four penalties in the amount of $5,500 each in connection with the Defendant's receipt of housing benefits with federal funds.

5. Defendant Marquita Tolliver agrees to notify the United States Attorney's Office within thirty (30) days of any change of address or employment until the judgment debt is paid in full.

6. In return for Defendant's Consent Judgment, the United States agrees to accept the amount of $69,296.50, in full satisfaction of Defendant's debt. This judgment amount shall be paid in monthly installments with Defendant Marquita Tolliver paying the minimum amount of $200.00, beginning June 15, 2011, and due on the 15th day of each month, until the debt is paid in full.

7. All payments shall be by certified bank check, personal check, or money order made payable to "U.S. Department of Justice" and shall be directed to the:

> United States Department of Justice
> P.O. Box 70932
> Charlotte, North Carolina 28272-0932.

or to another location as directed by the United States Attorney's Office or the Department of Justice.

8. The United States will record a judgment lien against Defendant Marquita Tolliver to secure payment of this judgment debt. The proceeds from the sale of any real estate in which either Defendant has an interest may be used to satisfy a portion or all of this judgment debt.

9. In the event that Defendant Marquita Tolliver defaults on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant Marquita Tolliver of the default.

10. Notice pursuant to paragraph nine (9) shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by the Defendant.

11. Defendant Marquita Tolliver knowingly and voluntarily waives the right to discharge this debt in any future bankruptcy filing.

12. The district court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: August 4, 2011

_____
MARQUITA TOLLIVER
9784 Turtle Head
Las Vegas, Nevada 89117

_____
ROGER W. WENTHE
Assistant United States Attorney