DANIEL G. BOGDEN
United States Attorney for the
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
Assistant United States Attorney
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada  89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: *patrick.rose@usdoj.gov*

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARAN TOLLIVER and MARQUITA ) <br> TOLLIVER, a/k/a MARQUITA CURETON, ) <br> individually and as husband and wife, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.:  2:11-cv-0616-PMP-PAL <br><br><br> **CONSENT JUDGMENT OF** <br> **DEFENDANT ARAN TOLLIVER** |

WHEREAS, Plaintiff United States of America, on behalf of the Department of Housing and Urban Development ("HUD") filed a complaint initiating this action against Defendants, Aran Tolliver and Marquita Tolliver, jointly and severally;

WHEREAS, the United States alleges that: Defendants, jointly and severally, unlawfully obtained and used housing assistance benefits from the Las Vegas Housing Authority and HUD by making false statements and submitting fraudulent claims for payment pertaining to household income.

WHEREAS, Defendant Aran Tolliver does not contest the accuracy of these allegations;

. . .

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. This court has jurisdiction over this matter under 31 U.S.C. § 3732 and 28 U.S.C. § 1331,1345 and 1355 and the Defendant Aran Tolliver acknowledges receipt of a copy of the Complaint in this action.

2. This Consent Judgment shall apply to and be binding upon Defendant Aran Tolliver, and his successors and assigns, and on the United States on behalf of HUD.

3. Defendant Aran Tolliver is indebted to the United States in the principal amount of $47,296.50 by reason of violation of the False Claims Act.

4. Defendant Aran Tolliver acknowledges his liability to the United States in the amount of $69,593.00 which is the government's single damages plus four penalties in the amount of $5,500 each in connection with the Defendant's receipt of housing benefits with federal funds.

5. Defendant Aran Tolliver agrees to notify the United States Attorney's Office within thirty (30) days of any change of address or employment until the judgment debt is paid in full.

6. In return for Defendant's Consent Judgment, the United States agrees to accept the amount of $69,296.50, in full satisfaction of Defendant's debt. This judgment amount shall be paid in monthly installments with Defendant Aran Tolliver paying the minimum amount of $100.00 per month, beginning July 15, 2011, and due on the 15th day of each month, until the debt is paid in full.

7. All payments shall be by certified bank check, personal check, or money order made payable to "U.S. Department of Justice" and shall be directed to the:

> U. S. Department of Justice
> Nationwide Central Intake Facility
> P. O. Box 790363
> St. Louis, MO 63179-0363

or to another location as directed by the United States Attorney's Office or the Department of Justice.

8. The United States will record a judgment lien against Defendant Aran Tolliver to secure payment of this judgment debt. The proceeds from the sale of any real estate in which either Defendant has an interest may be used to satisfy a portion or all of this judgment debt.

9. In the event that Defendant Aran Tolliver defaults on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant Aran Tolliver of the default.

10. Notice pursuant to paragraph nine (9) shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by the Defendant.

11. Defendant Aran Tolliver knowingly and voluntarily waives the right to discharge this debt in any future bankruptcy filing.

12. The district court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: __August 4, 2011.

_____
ARAN TOLLIVER
9625 W. Russell Rd. #2108
Las Vegas, Nevada 89148

_____
ROGER W. WENTHE
Assistant United States Attorney